

**ALSTON & BIRD** LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-922-3884
www.alston.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024
```

Joseph Tully                    Direct Dial: 212-210-9493                    Email: joe.tully@alston.com

November 25, 2024

*VIA ECF*

The Honorable Valerie E. Caproni
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Bishop v. Stonehenge Health IP LLC*, S.D.N.Y. Case No. 1:24-cv-06048-VEC

Dear Judge Caproni:

      We write on behalf of all parties in the above-referenced action to jointly request that the Court (1) adjourn the Initial Pretrial Conference currently scheduled for December 6, 2024, and (2) continue the joint letter and responsive pleading deadlines set in the Court's Notice of Initial Pretrial Conference (ECF No. 3). This is an ADA case. The parties are currently evaluating each other's claims and defenses and a resolution appears imminent so continuing these deadlines serves judicial efficiency and party resources.

      The parties would be available to appear for a rescheduled Initial Pretrial Conference on Friday, January 24, 2025, and the following four Fridays (i.e., January 31, February 7, February 14, and February 21). If this matter has not been dismissed within 10 days of the rescheduled Initial Pretrial Conference, the parties propose that: They will submit a joint letter by that date, and Defendant will respond to the pleading on or before the date of the rescheduled Initial Pretrial Conference.

      The parties have not previously requested or moved for any adjournments or extensions in this action to date. Both parties support the requested relief.

      We thank the Court for its consideration.

                                                Respectfully submitted,

                                                */s/ Joseph Tully*

                                                *Counsel for Defendant*

cc:    Jefferey M. Gottlieb, Esq. (via ECF)
         Michael A. LaBollita, Esq. (via ECF)

Atlanta • Brussels • Charlotte • Dallas • Los Angeles • New York • Research Triangle • Silicon Valley • Washington, D.C.

LEGAL02/45281068v2

Application GRANTED. The Initial Pretrial Conference, currently scheduled for December 6, 2024, is ADJOURNED to December 20, 2024 at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint letter and case management plan must be filed by no later than December 12, 2024.

Defendant's time to respond to the Complaint is stayed until December 20, 2024.

SO ORDERED.                    11/26/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE